# W. E. DONOVAN et al., Relators, *v*. STATE CAPITOL COMMISSION, ROBERT B. SMITH, et al., Respondents.

[Submitted July 5, 1898. Decided July 11, 1898.]

Citizens of the United States who have left their former residence without intending to return, and with the intention of residing in Montana, are citizens of that state. (Sec. 71, Political Code.)

Original application, on relation of W. E. Donovan and others, for a writ of prohibition against the State Capitol Commission and others. Writ denied.

The evidence in the cause was to the effect that the architects with whom the respondents had contracted for plans, etc., for the State Capitol Building, citizens of the United States, had, immediately before the contract was made with them, left the place where they then resided without any intention of returning, and with the intention of going to Montana, of removing there, and establishing their citizenship in that state, and that, at the time the contract was awarded to them, they were actually residing and ever since have been residing in the State of Montana.

*Campbell & Parr*, for Relators.

*C. B. Nolan*, Attorney General, for Respondents.

Per Curiam. This is an application for a writ of prohibition. By this proceeding the relator, for himself and other resident architects of the state, asks this court to prohibit the carrying out of a contract made and entered into on the 19th day of March, 1898, by and between the State Capitol Commission and C. E. Bell and J. H. Kent, architects for furnishing plans, specifications and detail drawings for the State Capitol Building to be erected at Helena, and for superintending the construction thereof.

The only ground on which the writ is asked is that Bell and Kent, the architects, are not citizens of the state. Upon this question we heard the evidence in open court. From this evidence it clearly appears to us that Bell and Kent are citizens of the state, and were at the time the contract was awarded to them by the commission. Section 71 of the Political Code defines who are citizens of the state. Under this section it is clear, as shown by the evidence, the architects are citizens of Montana. The writ is therefore denied.

*Denied.*